David E. Libman, Esq., LL.M. (SBN 216523)
LAW OFFICE OF DAVID E. LIBMAN, APC
1038 E. Bastanchury Rd., #360
Fullerton, CA 92835
P 714-835-5740
F 714-784-2426
David@LibmanAPC.com

Attorney for defendant Mehrdad Bakian,
Trustee of the Mehrdad Bakian and Mitra Bakian Revocable Trust

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CRUZ,<br><br>    Plaintiff,<br><br>vs.<br><br>MEHRDAD BAKIAN, AS TRUSTEE OF THE MEHRDAD BAKIAN AND MITRA BAKIAN REVOCABLE TRUST; and DOES 1 to 10,<br><br>    Defendants. | Case No.: **8:24-cv-02224-FWS (JDEx)**<br><br>Assigned for all purposes: Judge Fred W. Slaughter<br><br>**SIPULATION TO SET ASIDE DEFAULT AGAINST MEHRDAD BAKIAN, AS TRUSTEE OF THE MEHRDAD BAKIAN AND MITRA BAKIAN REVOCABLE TRUST**<br><br>Action Filed: 10/14/2024 |

### PREAMBLE

Plaintiff Julio Cruz **("Plaintiff")** and defendant Mehrdad Bakian, Trustee of the Mehrdad Bakian and Mitra Bakian Revocable Trust **("Defendant")** by and through their respective counsel stipulate as follows:

### RECITALS

WHEREAS:

a.    Plaintiff filed its complaint on 10/14/2024

b.    On 12/3/2024, Plaintiff filed a proof of service on Defendant indicating substitute service on 11/8/2024. Defendant represents that it disputes substitute service on 11/8/2024, but that it is willing to agree to acknowledge service in exchange for setting aside the default.

c.    On 12/12/2024, the following default was entered on the Court's docket: "16 DEFAULT BY CLERK F.R.Civ.P.55(a) as to Defendant Mehrdad Bakian, as Trustee of The

Mehrdad Bakian and Mitra Bakian Revocable Trust. (jp) (Entered: 12/12/2024).

    d.    On 12/16/2024, Defendant's counsel above-referenced counsel contacted Plaintiff's counsel by phone, spoke with a representative at the office named Elmer, and asked for the instant stipulation to set aside.

    e.    Thereafter, Plaintiff's counsel responded and agreed to the instant stipulation.

    f.    As such, Plaintiff and Defendant agree as follows:

## STIPULATION

1. The foregoing recitals and preamble are incorporated herein.
2. The Clerk's default against Defendant may be set aside.
3. Defendant shall have 30 days from the date the default is set aside to respond to Plaintiff's complaint.

Date: 12/16/2024    SO. CAL. EQUAL ACCESS GROUP

By: /S/ *Jason J. Kim*
Jason J. Kim
Jason Yoon
Attorneys for plaintiff Julio Cruz

Date: 12/16/2024    LAW OFFICE OF DAVID E. LIBMAN, APC

By: /S/ *David E. Libman*
David E. Libman
Attorney for defendant Mehrdad Bakian, Trustee of the Mehrdad Bakian and Mitra Bakian Revocable Trust

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, David E. Libman, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: 12/16/2024    By: */s/ David E. Libman*
David E. Libman

**STIPULATION TO SET ASIDE DEFAULT**